NUMBER 13-02-112-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG



____________________________________________________________



VIOLA SCHROEDER , Appellant,



v.





SHELBY M. DEFILIPPIS, ANCILLARY I NDEPENDENT

EXECUTOR OF THE ESTATE OF GERALD P. HASTERT,

DECEASED, Appellee.

____________________________________________________________



On appeal from the County Court at Law No. 3

of Cameron County, Texas.



____________________________________________________________



MEMORANDUM OPINION



 

Before Justices Hinojosa, Yañez and Garza

Opinion Per Curiam


 All parties to the present appeal have filed a joint motion, signed by all parties or their attorneys, stating that all matters in
controversy have been settled and compromised and that the parties desire to dismiss the appeal. 

 The Court, having examined and fully considered the documents on file and the joint motion for dismissal, is of the
opinion that the motion should be granted. See Tex. R. App. P. 42.1. The joint motion to dismiss the appeal is granted,
and the appeal is hereby DISMISSED.



PER CURIAM



Opinion delivered and filed this

the 27th day of March, 2003.